UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

EMMA ZICARELLI,

        Plaintiff,

v.                                    Case No. 3:13-cv-00679-HES-JRK

COMMERCIAL RECOVERY SYSTEMS, INC.,

        Defendant.
_____/

## ORDER

This cause is before this Court on Plaintiff's "Motion for Entry of Default Judgment" (Dkt. 9). In this pleading Plaintiff moves, pursuant to Fed. R. Civ. P. 55(b)(2), for Default Judgment for statutory damages, attorneys' fees, and court costs against Defendant.

The Complaint was filed on June 12, 2013. (Dkt. 1). The Clerk's Entry of Default (Dkt. 8) was entered on July 22, 2013. Defendant has yet to file a responsive pleading. Thus, the instant motion is ripe for adjudication.

Accordingly, it is hereby **ORDERED**:

1. Plaintiff's "Motion for Entry of Default Judgment" (Dkt. 9) is **GRANTED**;

2. In accordance with Fed. R. Civ. P. 55(b)(2), the Clerk shall enter Judgment in favor of Plaintiff, the Emma Zicarelli, and against Defendant, Commercial Recovery Systems, Inc., upon the Complaint herein, declaring that Plaintiff shall recover from Defendant: $1,000.00 in statutory damages, pursuant to 15 U.S.C. § 1692(k)(a)(2)(A); $2,760.30 in attorneys' fees; plus $465.00 in court costs, pursuant to 15 U.S.C. § 1692(k)(a)(3); for a total amount of $4,225.30;

3. The Marshal is directed to personally serve a copy of this Order on Defendant; and

4. The Clerk is directed to close this case.

**DONE AND ENTERED** at Jacksonville, Florida, this 2-2 day of October, 2013.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
U.S. Marshal's Office
Shireen Hormozdi, Esq.
Tim Ford
    Commercial Recovery Systems, In.
    8035 E. R. L. Thornton, #220
    Dallas, TX 75228